# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AIMEE L. FOX,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| v. | : | 10-4516 |
| **PREMIER IMMEDIATE MEDICAL CARE, LLC,** | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 3rd day of December, 2012, upon consideration of "Defendant Premier Immediate Medical Care, LLC's Motion for Summary Judgment Pursuant to Fed. R. Civ. P. 56(c)" (Doc. No. 26) and the response and reply thereto, it is hereby **ORDERED** that Defendant's motion is **GRANTED** in part and **DENIED** in part. Plaintiff's claim of Individual Disparate Treatment (Count I) is **DISMISSED**. (See Compl. ¶¶ 33-34.) Defendant's motion is denied in all other respects.

BY THE COURT:

/s/ Mitchell S. Goldberg
_____
**Mitchell S. Goldberg**, J.